890

No. 803, Misc. CUTLIP *v.* ADAMS, WARDEN. The motion to substitute Otto C. Boles in the place of D. E. Adams as the party respondent is granted. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied.

No. 37. WILKINSON *v.* UNITED STATES, *ante,* p. 399;

No. 54. BRADEN *v.* UNITED STATES, *ante,* p. 431;

No. 182. WILSON *v.* SCHNETTLER ET AL., *ante,* p. 381;

No. 631. JERROLD ELECTRONICS CORP. ET AL. *v.* UNITED STATES, *ante,* p. 567;

No. 658. UNION LEADER CORP. *v.* NEWSPAPERS OF NEW ENGLAND, INC., ET AL., *ante,* p. 833;

No. 335, Misc. ROBLES *v.* UNITED STATES, *ante,* p. 836;

No. 654, Misc. ·EARLY *v.* TINSLEY, WARDEN, *ante,* p. 830; and

No. 720, Misc. SANCHEZ *v.* WILKINSON, WARDEN, *ante,* p. 852. Petitions for rehearing denied.

No. 21. ARO MANUFACTURING CO., INC., ET AL. *v.* CONVERTIBLE TOP REPLACEMENT CO., INC., *ante,* p. 336. Petition for rehearing or alternative motion for amendment or clarification of opinion denied.

No. 70. GREEN *v.* UNITED STATES, *ante,* p. 301. Petition for rehearing or to remand denied.

No. 551. GINSBURG *v.* GINSBURG ET AL., 364 U. S. 934. Motion for leave to file a second petition for rehearing denied.